UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00164-JRS-DML |
| | ) | |
| KEITH NELSON, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**Order Adopting Report and Recommendation**

On April 7, 2025, the Magistrate Judge submitted his Report and Recommendation (ECF No. 55) regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision pursuant to Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583. The parties waived the fourteen-day period to object to the Report and Recommendations. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

SO ORDERED.

Date: 4/9/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana


Distribution to all parties of record via CM/ECF

Electronic Notice to USPO

Electronic Notice to USM-C